UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. TANYA GRACE MCDANIEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>Defendants. | No. 2:21-cv-1696 WBS DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 18, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 18, 2022 (ECF No. 91) are adopted in full;

2. The complaint filed February 2, 2021 (ECF No. 1) is dismissed without leave to amend as frivolous;

3. Plaintiff's October 22, 2021 motion (ECF No. 73) is denied; and

4. The file in this action is ordered closed.

Dated:  August 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mcdaniel1696.jo